to the Court of Appeal, Fourth Circuit, Parish of Orleans. 164 So.2d 375.

The application is denied. There appears no error of law in the judgment complained of.

167 So.2d 301

#### Philip J. BRUNO

v.

#### AMERICAN EMPLOYERS INSURANCE COMPANY, A & M Pest Control Service, Inc., of Georgia, Employers Liability Assurance Corporation, Ltd. and Herbert J. Ary.

No. 47370.

Sept. 28, 1964.

In re: Philip J. Bruno applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 164 So.2d 63.

Writ refused. The result reached by the Court of Appeal is correct.